# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2020

161740 & (45)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PROMOTE THE VOTE,
   Plaintiff-Appellant,

v

             SC: 161740
             COA: 353977
             Court of Claims: 20-000002-MZ

SECRETARY OF STATE,
   Defendant-Appellee,

and

HOUSE OF REPRESENTATIVES and SENATE,
   Intervening Appellees.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   BERNSTEIN, J., would grant leave to appeal.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



p0811

             Clerk